UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| HOWARD L. REYNOLDS, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>MARK A. BEZY, Warden, )<br>)<br>Respondent. ) | No. 1:05-cv-1417-RLY-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 11/18/2005

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Copies to:

Howard L. Reynolds, Reg. No. 20180-039, United States Penitentiary, P.O. Box 12015,
    Terre Haute, IN 47801

Office of the United States Attorney, 10 West Market Street  Suite 2100, Indianapolis, IN
    46204-3048